UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00276-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CEDRIC ALPHONSO LIVINGSTON *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant Tevin Jamal Blackmon's *Pro Se* Motion to Dismiss, (Doc. No. 51), wherein Defendant appears to seek dismissal of an unresolved criminal charge in state court. See (Doc. No. 51) ("My record shows an unresolved charge of possession of stole firearm in Mecklenburg County…."). This Court lacks jurisdiction over state criminal charges. See Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 701 (1982) ("Federal courts are courts of limited jurisdiction … Subject-matter jurisdiction, then, is an Art. III as well as a statutory requirement."). Therefore, the Court must DENY Defendant's Motion, (Doc. No. 51). Defendant may refile his Motion with the appropriate state authorities.

IT IS SO ORDERED.

Signed: June 14, 2022

Frank D. Whitney
United States District Judge